1  HERBERT MILLER
2  11155 SHADOW COURT
   AUBURN, CA., 95602
3  916-849-1636/916-798-0857

4

5  HERBERT MILLER
   PLAINTIFF IN PRO PER

6

7

**FILED**

FEB 1 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK





8                **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11  HERBERT MILLER, an Individual;        Case No.:  2:17 - CV - 0 1 3 6 JAM KJN PS

12
                      Plaintiff,          **REQUEST FOR NOTICE OF LIS
13                                         PENDENS AND PROPOSED ORDER
                                           28 U.S.C.A. § 1964**
14  vs.                                    **C.C.P. §§ 405.4, 405.5, 405.20, 504.21,
                                           405.24**
15  BAYVIEW LOAN SERVICING, LLC.,

16
    PLACER TITLE COMPANY and DOES 1-6
17
    inclusive,
18
                      Defendant
19

20      Plaintiff in the above entitled action hereby requests the Court's approval of a notice of

21  lis pendens

22

23

24  Dated:  February 10th, 2017

25                          */s/ Herbert Miller*

26                          _____

27                          Herbert Miller, Plaintiff in Pro Per

28

HERBERT MILLER
11155 SHADOW COURT
AUBURN, CA., 95602
916-849-1636/916-798-0857


HERBERT MILLER
PLAINTIFF IN PRO PER


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HERBERT MILLER, an Individual; | Case No.: |
| Plaintiff, | **REQUEST FOR NOTICE OF LIS PENDENS AND PROPOSED ORDER 28 U.S.C.A. § 1964** |
| vs. | **C.C.P. §§ 405.4, 405.5, 405.20, 504.21, 405.24** |
| BAYVIEW LOAN SERVICING, LLC., | |
| PLACER TITLE COMPANY and DOES 1-6 | |
| inclusive, | |
| Defendant | |

### PROPOSED ORDER

**NOTICE IS HEREBY GIVEN** that the above-entitled action concerning and affecting real property as described herein was commenced on January 21st, 2017 in the above-named court by Plaintiff HERBERT MILLER against BAYVIEW LOAN SERVICING, LLC., and PLACER TITLE COMPANY, the above-named Defendant(s). The action is now pending in the abovenamed court.

## PROOF OF SERVICE

I, the Undersigned, Declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is _____.

On _____ 2017, I served the following documents:

**NOTICE OF LIS PENDENS**

On the interested parties in this action addressed as follows:

     BAYVIEW LOAN SERVICING, LLC. ("BLS"), located at: 4425 PONCE DE

LEON DR., CORAL GABLES, FL., 33146. (800) 457-5105.

     Defendant PLACER TITLE COMPANY ("PTC") / MOTHER LODE

HOLDING COMPANY, 1508 Eureka Rd., Roseville, CA., 95661.


__ **X_BY MAIL:** I placed a true copy in a sealed envelope addressed as stated above. Document/s was deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Respectfully submitted,

Date: _____, 2017     ( _____ ), Declarant

The action affects the title of real property commonly known as: 11356 Alta Mesa East Rd., Wilton, CA., 95693 in the city of Wilton, California (the "Property") and legally describes as:

> PARCEL "A" AS SHOWN ON THAT CERTAIN PARCEL MAP ENTITLED "A PORTION OF LOT 7 IN DON RAY COLONY NO. 1, FILED IN BOOK 12 OF MAPS, MAP NO. 46, IN SECTION 28, T. 6N., R7E, M.D.M." RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO ON JUNE 26, 1980, IN BOOK 58 OF PARCEL MAPS, AT PAGE 33.

The object of Plaintiff's action is to have the Court make legal determinations as to the legality and veracity of certain loan documents and recorded instruments affecting the real property described above herein. It is Plaintiff's contention that an illegal contract was used to secure the property and that subsequently recorded instruments were the creation of illegal and deceitful conduct by all of the named Defendants in the action.


Dated: February 10, 2017          By: HERBERT MILLER

                                  /S/ HERBERT MILLER
                                  HERBERT MILLER, PLAINTIFF

Dated: 2-10-2017          Signed: _____

                          Hon. _____