UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYVIEW LOAN SERVICING, LLC, et al.,<br><br>        Defendants. | No.  2:17-cv-136-JAM-KJN PS<br><br><br><u>ORDER</u> |

      Plaintiff Herbert Miller, proceeding without counsel, initially commenced this action on January 20, 2017, and paid the $400.00 filing fee by check.  (ECF No. 1.)  However, the check was returned to the court for uncollected funds, and the court's financial staff subsequently determined that a stop payment order was placed on the check.

      On January 30, 2017, the Clerk's Office sent a letter to plaintiff notifying him that he was required to pay $453.00 to the Clerk's Office (the $400 filing fee and a $53 returned check fee) by February 13, 2017.  (ECF No. 4.)  The letter provided plaintiff with a telephone number for the court's financial department to contact if plaintiff had any questions.  (<u>Id.</u>)  The next day, on January 31, 2017, the court also issued a minute order directing plaintiff to pay the $453.00 within fourteen (14) days, i.e., by February 14, 2017.  (ECF No. 5.)  The minute order specifically cautioned that if payment is not timely received, the case will be dismissed and closed for failure

to pay the filing fee.  (Id.)

Although the latest applicable payment deadline has now passed, plaintiff has not paid the applicable $453.00 fee, has not contacted the court's financial department, and has not requested an extension of time from the court to make payment.

Accordingly, IT IS HEREBY ORDERED that:

1. The action is dismissed without prejudice for failure to pay the filing fee.
2. The Clerk of Court shall close this case.

DATED: 2/16/2017

/s/ John A. Mendez_____

John A. Mendez, U.S. District Court Judge